IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00961-AP

LAURA DEFALCO MILLER,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
MICHAEL W. SECKAR, ESQ.
402 West 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com
Attorney for Plaintiff

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

THOMAS S. INMAN
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
E-mail: tom.inman@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 04/12/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 06/10/2011

    C.    **Date Answer and Administrative Record Were Filed:** 08/09/2011

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 10/10/2011

    B.    **Defendant's Response Brief Due:** 11/09/2011

    C.    **Plaintiff's Reply Brief (If Any) Due:** 11/24/2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:**    Oral argument is not requested.

      B.     **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.     ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29th day of August, 2011.

                    BY THE COURT:

                    *S/John L. Kane*
                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar | JOHN F. WALSH |
| MICHAEL W. SECKAR, ESQ. | UNITED STATES ATTORNEY |
| 402 West 12th Street | |
| Pueblo, CO 81003 | WILLIAM G. PHARO |
| (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | United States Attorney' Office |
| | District of Colorado |
| Attorney for Plaintiff | s/ Thomas S. Inman |
| | THOMAS S. INMAN |
| | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | Telephone: (303) 844-0014 |
| | tom.inman@ssa.gov |
| | |
| | Attorneys for Defendant |